IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-031-RJC-DCK

| | |
|---|---|
| BONNIE R JONES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WECTEC GLOBAL PROJECT SERVICES, INC., f/k/a CB&I STONE & WEBSTER, INC. and STONE & WEBSTER SVCS, LLC,<br><br>Defendants. | <br><br><br><br><br><br>**ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case.

The undersigned observes that Defendants filed a "Notice Of Bankruptcy Filing And Imposition Of Automatic Stay Pursuant To Section 362(a) Of The Bankruptcy Code" (Document No. 10) on April 11, 2017, indicating that they commenced voluntary Chapter 11 cases under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. There have been no filings in this case since Defendant's "Notice …" (Document No. 10).

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if possible, or a Stipulation Of Dismissal, on or before **January 15, 2019**.

**IT IS FURTHER ORDERED** that the parties shall hereafter file a Status Report every **ninety (90) days** until this matter is closed, or until otherwise ordered by this Court.

**SO ORDERED**.

Signed: January 8, 2019

David C. Keesler
United States Magistrate Judge